# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                §
                                      §
PABLO SORIANO                         §     Case No. 10-49220
                                      §
         Debtor(s)                    §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn Street
   Chicago, IL  60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 20 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee.  A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on October 30, 2012 in courtroom 642 at 219 South Dearborn Street, Chicago, Illinois 60604.

   If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Deborah M. Gutfeld
                                           Chapter 7 Trustee


DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
PABLO SORIANO § Case No. 10-49220
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 6,300.34 |
| and approved disbursements of | $ | 38.12 |
| leaving a balance on hand of[1] | $ | 6,262.22 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 1,380.03 | $ 0.00 | $ 1,380.03 |
| Attorney for Trustee Fees: Neal Gerber & Eisenberg LLP | $ 630.20 | $ 0.00 | $ 630.20 |

Total to be paid for chapter 7 administrative expenses     $     2,010.23
Remaining Balance     $     4,251.99

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 43,105.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 9.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 1,575.99 | $ 0.00 | $ 155.46 |
| 2 | Pyod Llc Its Successors And Assigns As Assignee Of | $ 2,375.97 | $ 0.00 | $ 234.37 |
| 3 | N. A. Chase Bank Usa | $ 14,241.34 | $ 0.00 | $ 1,404.80 |
| 4 | N. A. Chase Bank Usa | $ 5,627.37 | $ 0.00 | $ 555.10 |
| 5 | Ge Money Bank | $ 3,547.09 | $ 0.00 | $ 349.89 |
| 6 | Ge Money Bank | $ 2,756.07 | $ 0.00 | $ 271.86 |
| 7 | Na Fia Card Services | $ 12,981.35 | $ 0.00 | $ 1,280.51 |

Total to be paid to timely general unsecured creditors   $   4,251.99

Remaining Balance   $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  Deborah M. Gutfeld
                           Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 10-49220-TAB
Pablo Soriano Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: dgomez      Page 1 of 2      Date Rcvd: Sep 20, 2012
                 Form ID: pdf006     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2012.
```
db          +Pablo Soriano,    2316 Lathrop Avenue,    Riverside, IL 60546-1337
16370892    +BANK OF AMERICA,    P.IO BOX 17054,    Wilmington, DE 19884-0001
16370893    +CHASE,    201N WALNUT STREET,    Wilmington, DE 19801-2920
16930291     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16627106    +Diversified Emergency Services,    Dept 20Div001 PO Box 5940,    Carol Stream, IL 60197-5940
17304595     FIA Card Services, NA,    Bank of America NA(USA)/MBNA America,    by American InfoSource LP,
              PO Box 248809,    Oklahoma City, OK 73124-8809
16370897    +Frstbank,    11781 S. Lone Peak Pkwy,    # 135,    Draper, UT 84020-6413
16370898    +GEM/SAMS CLUB,    2323 NORTH CENTRAL EXPRESSWAY,    Richardson, TX 75080-2712
16370901     GEMB/SAMS CLUB DC,    PO BOX 98416,    El Paso, TX 79998
16370902    +HSBC/ CARSN,    140 INDUSTRIAL DRIVE,    PH: 800-628-0679,    Elmhurst, IL 60126-1602
16370903    +RSHK/CBSD,    P.O Box 8189,    Gray, TN 37615-0189
16370904    +SEARS/CBSD,    P.O BOX 6189,    Sioux Falls, SD 57117-6189
16370905    +WELLS FARGO HOME MORTGAGE,    7495 NEW HORIZON WAY,    Frederick, MD 21703-8388
16370900    +gemb/premier Jeweler,    P.O Box 276,    Mail Code OH3-4258,    Dayton, OH 45401-0276
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16370895    +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2012 01:56:12     DISCOVER FIN SVCS LL,
              P.O BOX 15316,    Wilmington, DE 19850-5316
16867114     E-mail/PDF: mrdiscen@discoverfinancial.com Sep 21 2012 01:56:12     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
16370896    +E-mail/Text: bankruptcy@fryscredit.com Sep 21 2012 02:03:10     FEB/fRYS,
              11781 S. Lone Peak Prswy,    Draper, UT 84020-6413
17270380     E-mail/PDF: rmscedi@recoverycorp.com Sep 21 2012 03:14:01     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
16627105    +E-mail/Text: bknoticing@grantweber.com Sep 21 2012 02:53:34     Grant & Weber, Inc.,
              861 Coronado Center Drive, Ste 211,    Henderson, NV 89052-3992
16905106    +E-mail/Text: resurgentbknotifications@resurgent.com Sep 21 2012 01:39:57
              PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 6
```

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16370894*   +CHASE,    201N WALNUT STREET,    Wilmington, DE 19801-2920
16370899*   +GEM/SAMS CLUB,    2323 NORTH CENTRAL EXPRESSWAY,    Richardson, TX 75080-2712
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 22, 2012**          **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: dgomez              Page 2 of 2               Date Rcvd: Sep 20, 2012
                              Form ID: pdf006           Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2012 at the address(es) listed below:
          Andrew J Nelson   on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Deborah M Gutfeld   on behalf of Trustee Deborah Gutfeld dgutfeld@perkinscoie.com,
           docketchi@perkinscoie.com
          Deborah Michelle Gutfeld   gutfeldch7@perkinscoie.com,
           dgutfeld@ecf.epiqsystems.com;cdennis@nge.com
          Kevin G Schneider   on behalf of Trustee Deborah Gutfeld kschneider@ngelaw.com
          Lydia Y Siu   on behalf of Creditor   Wells Fargo Bank, N.A. lsiu@atty-pierce.com,
           northerndistrict@atty-pierce.com
          Nicholas M  Miller   on behalf of Trustee Deborah Gutfeld nmiller@ngelaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
          Salvador  Lopez   on behalf of Debtor Pablo Soriano attorneysl@yahoo.com,  asmyusuf@yahoo.com
                                                                                                                    TOTAL: 8