UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
PABLO SORIANO                       §     Case No. 10-49220
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

DEBORAH M. GUTFELD, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By: /s/DEBORAH M. GUTFELD _____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | WELLS FARGO HOME MORTGAGE 7495 NEW HORIZON WAY Frederick, MD 21703 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH M. GUTFELD | | | | | |
| Bank of America | | | | | |
| Neal Gerber & Eisenberg LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BANK OF AMERICA P.IO BOX 17054 Wilmington, DE 19884 | | | | | |
| | CHASE 201N WALNUT STREET Wilmington, DE 19801 | | | | | |
| | CHASE 201N WALNUT STREET Wilmington, DE 19801 | | | | | |
| | DISCOVER FIN SVCS LL P.O BOX 15316 Wilmington, DE 19850 | | | | | |
| | Diversified Emergency Services Dept 20Div001 PO Box 5940 Carol Stream, IL 60197 | | | | | |
| | FEB/fRYS 11781 S. Lone Peak Prswy Draper, UT 84020 | | | | | |
| | Frstbank 11781 S. Lone Peak Pkwy # 135 Draper, UT 84020 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GEM/SAMS CLUB 2323 NORTH CENTRAL EXPRESSWAY Richardson, TX 75080 | | | | | |
| | GEM/SAMS CLUB 2323 NORTH CENTRAL EXPRESSWAY Richardson, TX 75080 | | | | | |
| | gemb/premier Jeweler P.O Box 276 Mail Code OH3-4258 Dayton, OH 45401 | | | | | |
| | GEMB/SAMS CLUB DC PO BOX 98416 El Paso, TX 79998 | | | | | |
| | Grant & Weber, Inc. 861 Coronado Center Drive, Ste 211 Henderson, NV 89052 | | | | | |
| | HSBC/ CARSN 140 INDUSTRIAL DRIVE PH: 800-628-0679 Elmhurst, IL 60126 | | | | | |
| | RSHK/CBSD P.O Box 8189 Gray, TN 37615 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | SEARS/CBSD P.O BOX 6189 Sioux Falls, SD 57117 |  |  |  |  |  |
| 1 | Discover Bank |  |  |  |  |  |
| 5 | Ge Money Bank |  |  |  |  |  |
| 6 | Ge Money Bank |  |  |  |  |  |
| 3 | N. A. Chase Bank Usa |  |  |  |  |  |
| 4 | N. A. Chase Bank Usa |  |  |  |  |  |
| 7 | Na Fia Card Services |  |  |  |  |  |
| 2 | Pyod Llc Its Successors And Assigns As Assignee Of |  |  |  |  |  |
| TOTAL GENERAL UNSECURED CLAIMS |  |  | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 10-49220 | SPS | Judge: | Susan Pierson Sonderby | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PABLO SORIANO | | | | Date Filed (f) or Converted (c): | 11/02/2010 (f) |
| | | | | | 341(a) Meeting Date: | 01/06/2011 |
| For Period Ending: | 01/16/2013 | | | | Claims Bar Date: | 05/25/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. SFR 2316 Lathrop Avenue Riverside IL 60546 | 191,500.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account PNC Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Household Goods | 350.00 | 0.00 | | 0.00 | FA |
| 4. clothing 2316 Lathrop Avenue Riverside IL 60546 | 0.00 | 0.00 | | 0.00 | FA |
| 5. 2000 Pontiac Boanville 2316 Lathrop Avenue Riverside Il 6054 | 2,800.00 | 0.00 | | 0.00 | FA |
| 6. 2006 Van Honda Odissea | 7,000.00 | 6,300.00 | | 6,300.00 | 0.00 |
| 7. 401K | 70,000.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.34 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $272,150.00   $6,300.00   $6,300.34   $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor is making installment payments to repurchase vehicle from estate.  TFR will be filed after final installment payment is made.

Initial Projected Date of Final Report (TFR): 04/01/2013       Current Projected Date of Final Report (TFR): 04/01/2013

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 10-49220 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: PABLO SORIANO | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6284 |
| | Checking |
| Taxpayer ID No: XX-XXX0775 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 01/16/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/31/12 | | Transfer from Acct # xxxxxx6798 | Transfer of Funds | | 9999-000 | $6,262.22 | | $6,262.22 |
| 10/31/12 | 1001 | DEBORAH M. GUTFELD<br>131 S. DEARBORN STREET, SUITE 1700<br>CHICAGO, IL 60603-5559 | Final distribution representing a payment of 100.00 % per court order. | | 2100-000 | | $1,380.03 | $4,882.19 |
| 10/31/12 | 1002 | Neal Gerber & Eisenberg LLP<br>2 North LaSalle Street<br>Suite 1700<br>Chicago, IL 60602 | Final distribution representing a payment of 100.00 % per court order. | | 3210-000 | | $630.20 | $4,251.99 |
| 10/31/12 | 1003 | Discover Bank<br>Db Servicing Corporation<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 9.86 % per court order. | | 7100-000 | | $155.46 | $4,096.53 |
| 10/31/12 | 1004 | Pyod Llc Its Successors And Assigns As Assignee Of<br>Citibank, Na<br>C/O Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602- | Final distribution to claim 2 representing a payment of 9.86 % per court order. | | 7100-000 | | $234.37 | $3,862.16 |
| 10/31/12 | 1005 | N. A. Chase Bank Usa<br>Chase Bank Usa, N.A.<br>Po Box 15145<br>Wilmington, De 19850-5145 | Distribution | | | | $1,959.90 | $1,902.26 |
| | | N. A. Chase Bank Usa | Final distribution to claim 3 representing a payment of 9.86 % per court order. | ($1,404.80) | 7100-000 | | | |
| | | N. A. Chase Bank Usa | Final distribution to claim 4 representing a payment of 9.86 % per court order. | ($555.10) | 7100-000 | | | |
| 10/31/12 | 1006 | Ge Money Bank<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Ave Suite 1120<br>Miami Fl 33131-1605 | Distribution | | | | $621.75 | $1,280.51 |
| | | Ge Money Bank | Final distribution to claim 5 representing a payment of 9.86 % per court order. | ($349.89) | 7100-000 | | | |

Page Subtotals: $6,262.22  $4,981.71

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-49220 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PABLO SORIANO | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX6284 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0775 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 01/16/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Ge Money Bank | Final distribution to claim 6 representing a payment of 9.86 % per court order. ($271.86) | 7100-000 | | | |
| 10/31/12 | 1007 | Na Fia Card Services<br>Fia Card Services, Na<br>Bank Of America Na(Usa)/Mbna America<br>By American Infosource Lp<br>Po Box 248809<br>Oklahoma City, Ok 73124-8809 | Final distribution to claim 7 representing a payment of 9.86 % per court order. | 7100-000 | | $1,280.51 | $0.00 |

|  |  |
|---|---|
| COLUMN TOTALS | $6,262.22   $6,262.22 |
| Less: Bank Transfers/CD's | $6,262.22   $0.00 |
| Subtotal | $0.00   $6,262.22 |
| Less: Payments to Debtors | $0.00   $0.00 |
| Net | $0.00   $6,262.22 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Page Subtotals:   $0.00   $1,280.51

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 10-49220 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: PABLO SORIANO | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6345 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0775 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 01/16/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/14/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $350.00 |
| 05/23/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $700.00 |
| 06/21/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $1,050.00 |
| 06/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,050.01 |
| 07/28/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $1,400.01 |
| 07/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,400.02 |
| 08/18/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $1,750.02 |
| 08/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,750.03 |
| 09/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.01 | | $1,750.04 |
| 10/03/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $2,100.04 |
| 10/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,100.06 |
| 10/31/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.60 | $2,097.46 |
| 11/08/11 | 6 | PABLO SORIANO<br>2316 LATHROP AVENUE<br>RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $2,447.46 |
| 11/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $2,447.48 |
| | | | Page Subtotals: | | $2,450.08 | $2.60 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 10-49220 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: PABLO SORIANO | Bank Name: Bank of America |
| | Account Number/CD#: XXXXXX6345 |
| | Money Market Account |
| Taxpayer ID No: XX-XXX0775 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 01/16/2013 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.83 | $2,444.65 |
| 12/08/11 | 6 | PABLO SORIANO 2316 LATHROP AVENUE RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $2,794.65 |
| 12/19/11 | 6 | PABLO SORIANO 2316 LATHROP AVENUE RIVERSIDE IL 60546 | | 1129-000 | $350.00 | | $3,144.65 |
| 12/30/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.02 | | $3,144.67 |
| 12/30/11 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.40 | $3,141.27 |
| 01/25/12 | 6 | Pablo Soriano 2316 LATHROP AVENUE RIVERSIDE IL 60546 | 2006 Honda | 1129-000 | $350.00 | | $3,491.27 |
| 01/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,491.30 |
| 01/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.15 | $3,487.15 |
| 02/29/12 | 6 | Cermak & Home Currency Exchange Inc. 6948 West Cermak Rd. Berwyn, IL 60402 | 2006 Honda | 1129-000 | $350.00 | | $3,837.15 |
| 02/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,837.18 |
| 02/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.14 | $3,833.04 |
| 03/30/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.03 | | $3,833.07 |
| 03/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $4.66 | $3,828.41 |

| | | | Page Subtotals: | | $1,400.11 | $19.18 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-49220 | Trustee Name: | DEBORAH M. GUTFELD |
| Case Name: | PABLO SORIANO | Bank Name: | Bank of America |
| | | Account Number/CD#: | XXXXXX6345 |
| | | | Money Market Account |
| Taxpayer ID No: | XX-XXX0775 | Blanket Bond (per case limit): | $100,000.00 |
| For Period Ending: | 01/16/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/05/12 | 6 | Cermak & Home Currency Exchange Inc. 6948 West Cermak Rd. Berwyn, IL 60402 | 2006 Honda | 1129-000 | $350.00 | | $4,178.41 |
| 04/24/12 | 6 | Cermak & Home Currency Exchange Inc. 6948 West Cermak Rd. Berwyn, Illinois 60402 | 2006 Honda | 1129-000 | $350.00 | | $4,528.41 |
| 04/30/12 | INT | Bank of America | Interest Rate Posting | 1270-000 | $0.03 | | $4,528.44 |
| 04/30/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.22 | $4,523.22 |
| 05/31/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,523.26 |
| 05/31/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.75 | $4,517.51 |
| 06/29/12 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | $0.04 | | $4,517.55 |
| 06/29/12 | | Bank of America | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $5.37 | $4,512.18 |
| 07/25/12 | 6 | Pablo Soriano Cermark & Home Currency Exchange Inc. 6948 West Cermak Rd. Berwyn, Illinois 60402 | 2006 Honda | 1129-000 | $750.00 | | $5,262.18 |
| 07/25/12 | 6 | Pablo Soriano Cermak & Home Currency Exchange Inc. 6948 West Cermak Rd. Berwyn, Illinois 60402 | 2006 Honda | 1129-000 | $1,000.00 | | $6,262.18 |
| 07/31/12 | INT | Bank of America | Post accrued interest for account number 4437826345. | 1270-000 | $0.04 | | $6,262.22 |
| 07/31/12 | | Transfer to Acct # xxxxxx6798 | Transfer of Funds from MMA account xxx6345 to Checking account xxx6798 | 9999-000 | | $6,262.22 | $0.00 |

| | | COLUMN TOTALS | | | $6,300.34 | $6,300.34 | |
| | | Page Subtotals: | | | $2,450.15 | $6,278.56 | |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

| | | |
|---|---:|---:|
| Less: Bank Transfers/CD's | $0.00 | $6,262.22 |
| Subtotal | $6,300.34 | $38.12 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $6,300.34 | $38.12 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 10-49220
Case Name: PABLO SORIANO
Taxpayer ID No: XX-XXX0775
For Period Ending: 01/16/2013

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Bank of America
Account Number/CD#: XXXXXX6798
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/31/12 | | Transfer from Acct # xxxxxx6345 | Transfer of Funds from MMA account xxx6345 to Checking account xxx6798 | 9999-000 | $6,262.22 | | $6,262.22 |
| 08/31/12 | | Transfer to Acct # xxxxxx6284 | Transfer of Funds | 9999-000 | | $6,262.22 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $6,262.22 | $6,262.22 |
| Less: Bank Transfers/CD's | $6,262.22 | $6,262.22 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $6,262.22 | $6,262.22 |

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX6284 - Checking | $0.00 | $6,262.22 | $0.00 |
| XXXXXX6345 - Money Market Account | $6,300.34 | $38.12 | $0.00 |
| XXXXXX6798 - Checking | $0.00 | $0.00 | $0.00 |
| | $6,300.34 | $6,300.34 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $6,300.34 |
| Total Gross Receipts: | $6,300.34 |